IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ROBERT EVANS MAHLER,                             Civ. No. 6:25-cv-02353-AA

                    Plaintiff,                   **OPINION & ORDER**

          v.

STRAIGHT TALK, INC.; TRACFONE
WIRELESS, INC.; VERIZON
COMMUNICATIONS, INC.;
WALMART, INC.; DOES 1–10,

                    Defendants.

AIKEN, District Judge:

On January 13, 2026, the Court entered an Order directing self-represented Plaintiff to file a proper IFP application and an amended complaint within 30 days. *See* ECF No. 7. And on June 5, 2026, the Court granted Plaintiff an extension of 14 more days to file a proper IFP application and amended complaint. *See* ECF No. 10. Given the extension, the IFP application and amended complaint were due on June 22, 2026. The Court warned Plaintiff that the case would be dismissed if Plaintiff failed to file an amended complaint in the allotted time. As of July 16, 2026, Plaintiff has not filed an amended complaint and the allotted time to file has passed. This case is therefore dismissed. Final judgment shall be entered accordingly.

Page 1 – OPINION AND ORDER

It is so ORDERED and DATED this   17th   day of July 2026.


         /s/Ann Aiken
         ANN AIKEN
         United States District Judge

Page 2 – OPINION AND ORDER